# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| STEVEN L. LOMBARDO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERCANTILE RESOURCE GROUP, INC, et al., <br><br> Defendants. | Case No. 20-cv-02153-BLF <br><br> **ORDER TO SHOW CAUSE REGARDING SANCTIONS** |

To Mr. Michael Lynn Gabriel, you are hereby ORDERED to SHOW CAUSE, if any, why monetary sanctions should not be imposed against you in the amount of $250 for violating Judge Cousins's September 8, 2020, order requiring service on all Defendants and filing proof of service within 7 days. ECF 47. Mr. Gabriel shall file a written response to this Order to Show Cause **on or before September 30, 2020,** and explain his noncompliance. The Court will hold a hearing on this order to show cause on **October 15, 2020, at 9:00 a.m.** This order may be discharged upon proof that the Judge Cousins's order was timely served on all Defendants and immediate filing of the proof of service.

**IT IS SO ORDERED.**

Dated: September 23, 2020

_____
BETH LABSON FREEMAN
United States District Judge