**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| STEVEN L. LOMBARDO, et al., <br><br>      Plaintiffs, <br><br> v. <br><br> MERCANTILE RESOURCE GROUP, INC, et al., <br><br>      Defendants. | Case No. 20-cv-02153-BLF <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE; AND VACATING OCTOBER 15, 2020 HEARING** |

On September 23, 2020, the Court issued an order to show cause regarding the failure of Plaintiffs' counsel to follow Judge Cousins's order. *See* Order, ECF 50. Plaintiffs' counsel responded on September 28, 2020, and he filed proof of service on all Defendants. *See* Resp., ECF 52. This response satisfies the Court's concerns. The Court hereby VACATES the October 15, 2020 hearing and DISCHARGES the order to show cause. There shall be no sanctions against Plaintiffs' counsel.

**IT IS SO ORDERED.**

Dated: September 29, 2020

_____
BETH LABSON FREEMAN
United States District Judge