United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| STEVEN L. LOMBARDO, et al., | Case No.  20-cv-02153-BLF |
| Plaintiffs, | |
| v. | **ORDER STRIKING  PLAINTIFFS' OPPOSITION BRIEF** |
| MERCANTILE RESOURCE GROUP, INC, et al., | |
| Defendants. | |

The Court STRIKES Plaintiffs' opposition brief filed on January 31, 2021, for exceeding the ten-page limit as stated in this Court's Standing Orders Re Civil Cases. *See* Opp'n, ECF 67. Plaintiffs shall re-file a brief that fully conforms to the Court's Standing Orders by February 4, 2021. Defendant David R. Sanchez's reply brief of no more than five pages is due no later than February 11, 2021.

**IT IS SO ORDERED.**

Dated: February 1, 2021

_____
BETH LABSON FREEMAN
United States District Judge